

**KREINDLER** LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

November 7, 2025

ECF
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

I represent Patrick Allen in the above-cited matter, in which Mr. Allen is charged with one count of wire fraud and one count of money laundering (ECF 7), asking this Court to grant Mr. Allen permission to travel to Baton Rouge, Louisiana for medical treatment and to Jackson, Mississippi to attend the commencement ceremony where he will be awarded his bachelor's degree. The government consents to this request.

Mr. Allen is currently on pretrial release conditioned on a $100,000 personal recognizance bond (secured by two co-signers) and, among other conditions, home detention and travel restricted to the Southern District of Florida (where Mr. Allen currently lives), the Eastern and Southern Districts of New York and the District of New Jersey. ECF 8; *see also* 25-mj-3033 (S.D.Fla.), ECF 11.  He asked his pretrial supervisor for permission to travel to Baton Rouge for his annual medical examination with his urologist, who performed a surgery on Mr. Allen in 2022, which Mr. Allen planned to schedule for January 2026, once he obtained permission to travel; and for permission to attend the commencement ceremonies for degrees awarded in the fall of 2025 at Jackson State University. The pretrial supervisor denied those requests.

To date, Mr. Allen has had no compliance issues with his supervised release and has continued to reside with family, leaving home only for purposes specifically permitted under the terms of his conditions of release.  To deny Mr. Allen the opportunity to walk on the stage at his commencement proceeding and to refuse to allow him medical services with his long-time treatment provider advances no party's interest here and would serve only to unduly penalize Mr. Allen during the pendency of this case, prior to any criminal disposition.

In order to allow him to receive necessary medical treatment and to celebrate his significant educational accomplishment, I respectfully ask that this Court so-order this request to:

New York                    Boston                    Los Angeles

November 7, 2025
Page 2

1. Permit Patrick Allen to travel from the Southern District of Florida to Jackson, Mississippi between the dates of December 4 and 6, 2025, for purposes of attending the Jackson State University Fall 2025 Commencement Proceedings (including traveling through any states and/or judicial districts between Miami, Florida and Jackson, Mississippi); and

2. Permit Patrick Allen to travel from the Southern District of Florida to Baton Rouge, Louisiana (including traveling through any states and/or judicial districts between Miami, Florida and Baton Rouge, Louisiana) in January 2026 for purposes of obtaining medical treatment, with the specific date to be provided upon scheduling the appointment and allowing Mr. Allen a day before and a day after the appointment to allow him to get to and from Baton Rouge.

Should the Court want any further information or details regarding this request, please let me know.

Respectfully

 /s/ Megan W. Benett
Megan W. Benett

cc:  all counsel by ECF

Application GRANTED.  Mr. Allen is permitted to travel to Jackson, Mississippi between December 4 and December 6 2025, to attend his commencement ceremony and to travel to Baton Rouge, Louisiana in January 2026, to obtain medical treatment.  Mr. Allen is directed to provide the Court with the specific dates for his travel to Baton Rouge as soon as is available.  Mr. Allen is further directed to provide Pretrial Services with the travel details and addresses he will be staying at during both trips.  The Clerk of Court is respectfully directed to close ECF No. 16.  SO ORDERED.

Dated: November 10, 2025
New York, New York

Dale E. Ho
United States District Court