

**KREINDLER** LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629

office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

December 1, 2025

ECF
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

This Court previously granted my client Patrick Allen permission to travel to Jackson, Mississippi between December 4 and December 6 to attend the commencement ceremony where he will be awarded his bachelor's degree. ECF 17 at 2. We write now to ask this Court for permission to extend Mr. Allen's travel until December 7, and to allow him to leave his home to get a haircut and purchase a suit before his commencement ceremony.

Mr. Allen will be traveling by commercial airline between Fort Lauderdale, Florida and Jackson, Mississippi, leaving on December 4. He has rooms booked at the Homewood Suites Jackson-Ridgeland and will be traveling with his 20 year-old son, his 16 year-old daughter, his 13 year-old son, their mother, Mr. Allen's brother and the brother's partner, all of whom will be attending Mr. Allen's commencement ceremony with him. Because of the pricing of airline tickets, and the significant number of people traveling, it is significantly more cost-effective for them to stay an extra night in Jackson, returning on December 7, 2025, instead of December 6, 2025. Mr. Allen and I have both asked his pretrial supervisor for permission to change the return date, but we have not received a response.

In addition, Mr. Allen has asked his pretrial supervisor for permission to get a haircut in Hallandale Beach, Florida and to go to Men's Warehouse in Aventura, Florida to purchase clothing for his commencement ceremony, but has also received no response to that request.

I have asked the government for its position on the above. They have advised me that they do not object to the request for the haircut or the clothing shopping. I am waiting for a response regarding the adjusted travel date, but in the interest of resolving this so that Mr. Allen knows whether he is cleared to return on December 7 with his family (or whether he will have to fly back on his own on December 6), I am submitting this letter now.

December 1, 2025

Page 2


Accordingly, I respectfully request that this Court grant Patrick Allen permission to:

1. Travel by Delta Airlines from Fort Lauderdale, FL to Jackson, MS on December 4, 2025, returning on December 7, 2025, and staying at the Homewood Suites in Jackson-Ridgeland the nights of December 4, 5 and 6, 2025;

2. Travel between his home and Hallandale Beach, Florida for purposes of a haircut sometime between today and December 3, 2025; and

3. Travel between his home and Aventura, Florda for purposes of purchasing clothing for his commencement ceremony sometime between today and December 3, 3025.

Should the Court want any further information or details regarding this request, please let me know.

Respectfully

 /s/ Megan W. Benett
Megan W. Benett


cc:  all counsel by ECF

**APPLICATION GRANTED.  Mr. Allen's permission to travel is extended through December 7, 2025, as described in the letters dated December 1, 2025 at ECF Nos. 18 and 19.  Mr. Allen is directed to provide Pretrial Services with his itinerary and the addresses at which he will be staying throughout these trips. The Clerk of Court is respectfully directed to close ECF No. 18**


**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 4, 2025
New York, New York