UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

PATRICK ALLEN,

Defendant.

25-CR-324 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for a status conference with the Court on Wednesday, April 15, 2026, at 3:00 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  Prior to the conference the parties are directed to meet and confer to discuss trial availability from June 22, 2026, to July 30, 2026.

SO ORDERED.

Dated: April 6, 2026
New York, New York

DALE E. HO
United States District Judge