

<> **KREINDLER**LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629

office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

May 15, 2026

<u>Via ECF/CM</u>
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

Our client Patrick Allen is currently on pre-trial supervision with home detention and location monitoring, being supervised out of the Southern District of Florida. As raised at the last conference, Mr. Allen would like to travel to Orlando, Florida May 16-17, 2026 in order to be with his son for his son's 14th birthday and middle school prom.  Mr. Allen's pretrial supervisor has directed him to ask this Court to modify the condition.  The government does not object to the modification.

Accordingly, the defense respectfully requests that this Court modify Patrick Allen's conditions of pretrial release as follows:

- Patrick Allen may travel between his home and Orlando, Florida on May 16, 2026, staying overnight in Orlando for one night and returning to his home on May 17, 2026, in order to attend celebrations for his son's 14th birthday and middle school prom.

Respectfully,

 /s/ Megan W. Benett
Megan W. Benett and Sabrina Shroff
Defense Counsel for Patrick Allen

cc:  all counsel by ECF

Application **GRANTED.**  Mr. Allen is permitted to travel to Orlando, Florida between May 16, 2026, and May 17, 2026, to attend celebrations for his son's birthday and middle school prom.  He shall provide pretrial services with his itinerary and the address where he will be staying.  The Clerk of Court is respectfully directed to close ECF No. 34.  **SO ORDERED.**

Dated: May 15, 2026                             Dale E. Ho
New York, New York                              United States District Judge

New York            Boston            Los Angeles