

**‹›KREINDLER**LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629

office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

May 27, 2026

<u>ECF</u>
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

      We represent defendant Patrick Allen in the above-cited case. Mr. Allen lives in southern Florida and was planning to attend tomorrow's status conference in person. Unfortunately, his flights were booked on Spirit Airlines and after it ceased operations his flight was cancelled. Given this unanticipated change, the hardship presented in finding comparable travel alternatives, and the administrative nature of tomorrow's appearance, we respectfully request that this Court allow Mr. Allen to appear at the proceedings remotely.  The government does not object to this request.

      Accordingly, we respectfully request that this Court allow Patrick Allen to join tomorrow's conference remotely via videoconference or teleconference.

      Respectfully,

      /s/ Megan W. Benett
      Megan W. Benett

cc:  all counsel by ECF

Application **GRANTED**.  Mr. Allen shall appear for the May 28, 2026, status conference via Microsoft Teams video conference.  The Court will provide dial-in information to counsel for Mr. Allen prior to the conference.  The Clerk of Court is respectfully directed to close ECF No. 36.  **SO ORDERED.**

Dated: May 27, 2026
New York, New York

Dale E. Ho
**United States District Judge**

**New York**      **Boston**      **Los Angeles**