UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK ALLEN,<br><br>Defendant. | 25-CR-324 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for a status conference with the Court on September 8, 2026, at 2:30 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The pretrial filing deadlines are adjourned sine die.

SO ORDERED.

Dated: September 4, 2026
New York, New York

DALE E. HO
United States District Judge