KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 3, 2026

Via ECF/CM
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

Our client Patrick Allen is currently on pre-trial supervision with home detention and location monitoring, being supervised out of the Southern District of Florida. In order to receive necessary medical treatment and to stay involved in the lives of his daughters, we are asking the Court for two modifications of his conditions of release. Pretrial and the Government do not object to these modifications, but Mr. Allen's Pretrial Supervisor has asked him to seek formal modification from this Court.

First, Mr. Allen needs to have an MRI performed, and to do so, must have his location monitoring device temporarily removed for the duration of the appointment. Because he needs approval for the removal before the appointment, he has not yet scheduled the procedure, but if this Court grants his request for the brief removal of the device, he will then schedule the appointment and provide those details to his Pretrial Supervisor, who will arrange for the removal and reattachment.

Second, Mr. Allen has two daughters whose senior year football games he is asking to attend, in order to continue to maintain the close family bonds he has with each girl. His 17-year old daughter is a high school senior and his 22-year old daughter is a college senior. Both are in school in the Southern District of Florida, which is Mr. Allen's district of supervision. Our proposal is that this Court modify the conditions of his release to presumptively allow him to attend those games so long as (1) the Pretrial Supervisor has a copy of the schedules, including the locations of the schools in advance in order to verify and (2) has the opportunity to object to any individual game in advance if necessary. The Government has told me that the Pretrial Supervisor has no objection to this request and that they will defer to Pretrial on the issue.

Accordingly, we respectfully ask that this Court modify Patrick Allen's conditions of pretrial release as follows:

1. Permitting the temporary removal of the location monitoring device for purposes of the MRI, with the precise schedule and logistics to be handled by Mr. Allen's Pretrial Supervisor once the appointment is scheduled; and

2. Allowing Mr. Allen to leave his home for purposes of travel to and from his daughters' football games between now and the end of their 2026-27 seasons, so long as his Pretrial Supervisor has been provided the schedules (including locations) in advance with sufficient time to verify the games and provide any objection to attending at least 48 hours in advance of each game.

Please let us know if the Court would like any additional information.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett and Sabrina Shroff
Defense Counsel for Patrick Allen

cc: all counsel by ECF

Application **GRANTED**. Mr. Allen's bail conditions shall be modified as follows:

1. His location monitoring device shall be removed temporarily so that he may schedule and attend his MRI appointment. After scheduling the appointment Mr. Allen is directed to provide his Pretrial Supervisor with the necessary information so they can schedule the removal of the device.

2. Mr Allen is also permitted to leave his home so that he may travel to and from his daughters' football games between now and the end of their 2026-2027 seasons. Mr. Allen must provide his Pretrial Supervisor with game schedules and locations at least 48 hours before attending each game.

The Clerk of Court is respectfully directed to close ECF No. 46. **SO ORDERED.**

Dated: September 8, 2026
New York, New York

Dale E. Ho
United States District Court