KREINDLER LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

September 8, 2026

ECF
Honorable Dale E. Ho
U.S. District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Patrick Allen,* 25-cr-324 (S.D.N.Y.) (DEH)

Dear Judge Ho:

We represent defendant Patrick Allen in the above-cited case. Mr. Allen was determined to qualify for appointment of counsel under the Criminal Justice Act, given his limited financial resources. He lives in southern Florida and is supervised out of that district; for the duration of this case, he has been fully compliant with all conditions of his pretrial release. This Court has previously permitted him to appear at status conferences remotely. Given the timing of today's appearance and the cost of booking last minute travel over the holiday weekend, we respectfully request that this Court allow Mr. Allen to appear at today's proceedings remotely, via videoconference or teleconference.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett
Sabrina P. Shroff

cc: all counsel by ECF

Application **GRANTED**. Mr. Allen shall appear for the September 8, 2026, status conference via Microsoft Teams video conference. The Court will provide dial-in information to counsel for Mr. Allen prior to the conference. The Clerk of Court is respectfully directed to close ECF No. 50. **SO ORDERED.**

Dated: September 8, 2026
New York, New York

Dale E. Ho
United States District Judge